NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REMBRANDT DATA STORAGE, LP,**
*Plaintiff-Appellant,*

v.

**WESTERN DIGITAL CORPORATION,**
*Defendant-Appellee.*

---

**REMBRANDT DATA STORAGE, LP,**
*Plaintiff-Appellant,*

v.

**SEAGATE TECHNOLOGY LLC,**
*Defendant-Appellee.*

---

2012-1159, -1267

---

Appeals from the United States District Court for the Western District of Wisconsin in case nos. 10-CV-0694 and 10-CV-0693, Senior Judge Barbara B. Crabb.

---

**ON MOTION**

---

**O R D E R**

Rembrandt Data Storage, LP moves to consolidate the above-captioned cases.    Western Digital Corporation and Seagate Technology LLC do not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to consolidate is granted.  The revised official caption is reflected above.

FOR THE COURT

__JUN 1 4 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Michelle M. Umberger, Esq.
     Richard G. Frenkel, Esq.
     Calvin L. Litsey, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 4 2012

JAN HORBALY
CLERK